[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants-Appellants. | No. 25-5262 |

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1)(a), the undersigned counsel certifies as follows:

**A.   Parties**

This is an appeal from a preliminary injunction of the U.S. District Court for the District of Columbia.

Appellants are the United States Department of Education; Linda McMahon, United States Secretary of Education; and Donald J. Trump, President of the United States of America.

Appellee is Southern Education Foundation.

The only plaintiff appearing before the district court was Southern Education Foundation.

Defendants appearing before the district court were the United States Department of Education, Linda McMahon, and Donald J. Trump.

B.   **Rulings Under Review**

Appellants seek review of the May 21, 2025, opinion and order of the district court (Friedman, J.) granting plaintiff a preliminary injunction that reinstates a grant award and bars the government from terminating it. *See* Dkt. Nos. 28, 29. The district court's unpublished opinion is also available at 2025 WL 1453047.

C.   **Related Cases**

The following pending cases raise the same or similar issues presented on appeal here:

*Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (D.C. Cir.)

*Vera Institute of Justice v. U.S. Department of Justice*, No. 25-5248 (D.C. Cir.)

*MAEC v. U.S. Department of Education*, No. 1:25-cv-01407 (D.D.C.)

Respectfully submitted,

/s/ Amanda L. Mundell
AMANDA L. MUNDELL
  *Attorney, Appellate Staff*
  *Civil Division, Room 7252*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3469*
  *Amanda.L.Mundell@usdoj.gov*

August 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

*/s/ Amanda L. Mundell*
AMANDA L. MUNDELL