[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

SOUTHERN EDUCATION FOUNDATION,

    Plaintiff-Appellee,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants-Appellants.

No. 25-5262

---

## STATEMENT OF ISSUES

The issue on appeal is whether the district court erred in issuing a preliminary injunction reinstating a grant award to plaintiff and barring the U.S. Department of Education from terminating it.

    Respectfully submitted,

    */s/ Amanda L. Mundell*
    AMANDA MUNDELL
    (202) 514-3469
    Attorney, Appellate Staff
    Civil Division
    U.S. Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC  20530

AUGUST 2025