## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5262
2. DATE DOCKETED: 07-21-2025
3. CASE NAME (lead parties only) Southern Education Foundation v. U.S. Department of Education
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action 1:25-cv-01079   Bankruptcy                   Tax
      Criminal                     Adversary
      Miscellaneous                Ancillary
   b. Review is sought of:
      ☐ Final Order  ☒ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Paul L. Friedman   Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 05-21-2025   e. Date notice of appeal filed: 07-18-2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? Transcript is already on file in the district court
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes ○ No If YES, give each case's court and case name, and docket number:
      MAEC v. U.S. Dep't of Educ., 1:25-cv-01407 (D.D.C.); see certificate of parties for additional cases
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Tucker Act, 28 U.S.C. 1491
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No   If so, provide program name and participation dates

Signature s/ Amanda L. Mundell   Date 08-20-2025
Name of Party U.S. Department of Education, Linda McMahon, Donald J. Trump
Name of Counsel for Appellant/Petitioner Amanda L. Mundell and Daniel Tenny
Address 950 Pennsylvania Ave. NW, Washington D.C. 20530
Phone ( 202 ) 514-3469   Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)