[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

SOUTHERN EDUCATION FOUNDATION,

    Plaintiff-Appellee,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants-Appellants.

No. 25-5262

---

**APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27, the government moves to voluntarily dismiss this appeal, with each side to bear its own costs on appeal. Plaintiff does not oppose this motion.

Respectfully submitted,

 */s/ Amanda L. Mundell*
AMANDA L. MUNDELL
(202) 514-3469
Attorney, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

SEPTEMBER 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 45 words.

*/s/ Amanda L. Mundell*
Amanda L. Mundell

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ Amanda L. Mundell*
                                                Amanda L. Mundell