# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5262                                              September Term, 2025

1:25-cv-01079-PLF

Filed On: September 30, 2025

Southern Education Foundation,

       Appellee

    v.

United States Department of Education, et al.,

       Appellants

**O R D E R**

Upon consideration of appellant's unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                           BY:    /s/
                                             Laura M. Morgan
                                             Deputy Clerk